(SPACE BELOW FOR FILING STAMP ONLY)

NICHOLAS W. HORNBERGER (SB# 53776)
JAMES F. LINDSAY (SB#143976)
HORNBERGER & BREWER, LLP
444 South Flower Street
Suite 3010
Los Angeles, California 90071-2901
Telephone: (213) 488-1655
Facsimile: (213) 488-1255

Attorneys for Plaintiff
KAREN OBRAY

*Denied. This matter will be heard on Feb 6.*

FILED
CLERK, U.S. DISTRICT COURT
JAN 13 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAREN OBRAY,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION, a Delaware Corporation; FEDERAL EXPRESS CORPORATION, doing business as FEDEX EXPRESS; JOHN P. ROSELI; MICHAEL K. PIGORS; BRUCE CHAMBERLAIN; CONNIE CARTER; PEGGY REARDON; AND DOES 1 THROUGH 50, INCLUSIVE,

    Defendants.

Case No. CV 05-8786 R (PJWx)

[Honorable Judge Manuel L. Real]

[~~PROPOSED~~] ORDER RE ~~DENYING~~ PLAINTIFF'S REQUEST TO SHORTEN TIME ON MOTION TO REMAND

DATE:
TIME:
COURTROOM: 8

DOCKETED ON CM
JAN 17 2006
BY ___ 009

    On January ___, 2006, Plaintiff Karen Obray ("Obray") requested that this Court Shorten Time for the hearing on her Motion to Remand so that the Motion could be heard some time prior to the Motion to Dismiss filed by defendant Federal Express Corporation, scheduled to be heard on February 6, 2006.

    ~~Having considered plaintiff's Request and good cause appearing therefor,~~

    ~~IT IS HEREBY ORDERED THAT:~~

    ~~1. Plaintiff Obray's request for shortened time is granted;~~

- 1 -

[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO SHORTEN TIME ON MOTION TO REMAND

2. Plaintiff Obray's Motion to Remand shall be heard on January ___, 2006 at ___ a.m./p.m. in Courtroom 8 of the above-entitled court;

3. Defendants' opposing papers shall be filed and served, via facsimile or overnight mail, on January ___, 2006; and

4. Plaintiff's Reply papers shall be filed and served, via facsimile or overnight mail, on January ___, 2006.

DATED: _____

**DENIED**

_____
HONORABLE MANUEL L. REAL,
UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO SHORTEN TIME ON MOTION TO REMAND

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 3010, Los Angeles, California 90071-2901.

On January 10, 2006, I served the foregoing document described as **[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR REQUEST TO SHORTEN TIME ON MOTION TO REMAND**, on the interested parties in this action by placing true copy(ies) thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Christopher J. Yost, Esq.<br>Federal Express Corporation<br>2601 Main Street, Suite 1100<br>Irvine, California 92614<br>TEL: (949) 862-4558<br>FAX: (949) 862-4791 | Co-counsel for Defendants<br>FEDERAL EXPRESS CORPORATION;<br>FEDERAL EXPRESS CORPORATION,<br>doing business as FEDEX EXPRESS;<br>JOHN ROSELI; BRUCE<br>CHAMBERLAIN; CONNIE CARTER |

Keith A. Jacoby, Esq.
Hillary R. Ross, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, California 90067
TEL: (310) 553-0308
FAX: (310) 553-5583

[X] BY MAIL, I deposited such envelope(s) in the mail at Los Angeles, California, with postage prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am ware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] By facsimile, I transmitted such documents from Los Angeles, California to the offices of the addressee(s).

[ ] By overnight delivery, I caused such envelope to be delivered via overnight delivery to the party(ies) listed on the attached mailing list.

[ ] By personal service, I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on January 10, 2006, at Los Angeles, California.

KAREN FORRAND