(SPACE BELOW FOR FILING STAMP ONLY)

NICHOLAS W. HORNBERGER (SB# 53776)
JAMES F. LINDSAY (SB#143976)
HORNBERGER & BREWER, LLP
444 South Flower Street
Suite 3010
Los Angeles, California 90071-2901
Phone: (213) 488-1655
Fax:    (213) 488-1255

Attorneys for Plaintiff
KAREN OBRAY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN OBRAY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; FEDERAL EXPRESS CORPORATION, doing business as FEDEX EXPRESS; JOHN P. ROSELI; MICHAEL K. PIGORS; BRUCE CHAMBERLAIN; CONNIE CARTER; PEGGY REARDON; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No. CV 05-8786 R (Tjx)<br><br>[Honorable JUDGE MANUEL L. REAL]<br><br>**NOTICE OF AMENDED APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

Plaintiff Karen Obray hereby amends her Notice of Appeal, filed on March 6, 2006, to include an in-chambers minute order issued by the District Court on May 22, 2006 which states the entire case is "terminated" and "case should have been closed on entry dated 3/1/06."

- 1 -

**NOTICE OF AMENDED APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

1 | Copies of said May 22, 2006 minute order is attached.

2 | DATED: June 12, 2006                    HORNBERGER & BREWER, LLP

4 | By: _____
    NICHOLAS W. HORNBERGER
5 | JAMES F. LINDSAY
    Attorneys for Plaintiff
6 | KAREN OBRAY

- 2 -

**NOTICE OF AMENDED APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

**Full docket text for document 41:**
MINUTES (IN CHAMBERS ORDER) held before Judge Manuel L. Real: Case should have been closed on entry dated 3/1/06. (Made JS-6. Case Terminated.)Court Reporter: N/A. (mg, )

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/24/2006 17:19:11 | | | |
| PACER Login: | hb0340 | Client Code: | Obray |
| Description: | History/Documents | Search Criteria: | 2:05-cv-08786-R-PJW |
| Billable Pages: | 1 | Cost: | 0.08 |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 3010, Los Angeles, California 90071-2901.

On June /2, 2006, I served the foregoing document described as **NOTICE OF AMENDED APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**, on the interested parties in this action by placing true copy(ies) thereof enclosed in a sealed envelope, addressed as follows:

Christopher J. Yost, Esq.  
Federal Express Corporation  
2601 Main Street, Suite 1100  
Irvine, California 92614  
TEL: (949) 862-4558  
FAX: (949) 862-4791  

Co-counsel for Defendants  
FEDERAL EXPRESS CORPORATION;  
FEDERAL EXPRESS CORPORATION,  
doing business as FEDEX EXPRESS;  
JOHN ROSELI; BRUCE  
CHAMBERLAIN; CONNIE CARTER  

Keith A. Jacoby, Esq.  
Hillary R. Ross, Esq.  
Littler Mendelson  
2049 Century Park East, 5th Floor  
Los Angeles, California 90067  
TEL: (310) 553-0308  
FAX: (310) 553-5583  

[X] BY MAIL, I deposited such envelope(s) in the mail at Los Angeles, California, with postage prepaid.   I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am ware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] By facsimile, I transmitted such documents from Los Angeles, California to the offices of the addressee(s).

[ ] By overnight delivery, I caused such envelope to be delivered via overnight delivery to the party(ies) listed on the attached mailing list.

[ ] By personal service, I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on June /2, 2006, at Los Angeles, California.

Karen Forrand