UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

AUG 31 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| KAREN OBRAY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants - Appellees. | No. 06-55360<br><br>D.C. No. CV-05-08786-R<br>Central District of California,<br>Los Angeles<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP -1 2006

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Appellant's motion for voluntary dismissal of this appeal is granted. *See* Fed. R. App. P. 42(b). This dismissal is without prejudice to a new, timely filed appeal from a final reviewable order.

The certified copy of this order sent to the district court shall constitute the mandate.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
AUG 31 2006
by:
Deputy Clerk

For the Court

*Lisa Calero*

Lisa Calero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\08.06\lc\06-55360.wpd



DOCKETED ON CM

SEP -6 2006

BY ___ 184

(51)