(SPACE BELOW FOR FILING STAMP ONLY)

1  NICHOLAS W. HORNBERGER (SB# 53776)
   **HORNBERGER & BREWER, LLP**
2  444 South Flower Street, Suite 3010
   Los Angeles, California 90071-2901
3  Telephone: (213) 488-1655
   Fax:     (213) 488-1255

Bill _____
Fees Pd _____
Frms Gvn _____
CAD _____
TDO _____
Ntc/Dkt Mld _____
FP Frms Gvn _____

5  Attorneys for Plaintiff
   KAREN OBRAY

**FILED**
2007 FEB 22  PM 4: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  KAREN OBRAY, | Case No. CV 05-8786 R (Tjx) |
| 12              Plaintiff, | [Honorable JUDGE MANUEL L. REAL] |
| 13 | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |
| 14     v. | |
| 15 | |
| 16  FEDERAL EXPRESS CORPORATION, a Delaware Corporation; FEDERAL EXPRESS CORPORATION, doing business as FEDEX EXPRESS; JOHN P. ROSELI; MICHAEL K. PIGORS; BRUCE CHAMBERLAIN; CONNIE CARTER; PEGGY REARDON; AND DOES 1 THROUGH 50, INCLUSIVE, | I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL PARTIES AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE. DATED. 2-26-07 |
| 20              Defendants. | |

**DOCKETED ON CM**
FEB 26 2007
BY _____ 184

22  TO THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

23        Plaintiff KAREN OBRAY hereby appeals to the United States Court of Appeal for

24  the Ninth Circuit from the final judgment of dismissal of the district court, entered in this

25  case on January 26, 2007, and all interlocutory orders that gave rise to that judgment,

26  including but not limited to, (i) the order entered on February 10, 2006 granting defendants'

27  12(b)(6) motion to dismiss; (ii) the order entered on February 10, 2006  denying plaintiff's

*ORIGINAL*

F:\CLIENT\EMP01\05002\
Plds\USDC\Not-Appeal-00
2.wpd

- 1 -

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**

1  motion to remand; (iii) the order denying plaintiff's request entered on January 17, 2006 for

2  order shortening time to have plaintiff's motion to remand heard before defendant's motion

3  to dismiss; and (iv) an in-chambers minute order issued by the District Court on May 22,

4  2006 which states the entire case is "terminated" and "case should have been closed on entry

5  dated 3/1/06." and Order of U.S. Court of Appeals, Ninth Circuit, denying petition for writ

6  of mandamus dated December 5, 2006.

7           Copies of said judgment and orders are attached hereto.

8

9  DATED: February 22, 2007                    HORNBERGER & BREWER, LLP

10

11                                      By: _____

12                                          NICHOLAS W. HORNBERGER
                                            Attorneys for Plaintiff
13                                          KAREN OBRAY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

F:\CLIENT\EMP01\05002\
Plds\USDC\Not-Appeal-00
2.wpd

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE
NINTH CIRCUIT**

SCANNED



CHRISTOPHER J. YOST, Bar No. 150785
FEDERAL EXPRESS CORPORATION
2601 Main Street
Suite 1100
Irvine, California 92614
Telephone:   (949) 862-4558
Facsimile:   (949) 862-4791

KEITH A. JACOBY, Bar No. 150233
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:   (310) 553-0308
Facsimile:   (310) 553-5583

Attorneys for Defendants
FEDERAL EXPRESS CORPORATION;
FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS; JOHN P.
ROSELI; MICHAEL K. PIGORS; BRUCE
CHAMBERLAIN; CONNIE CARTER; and
PEGGY REARDON

**ORIGINAL**

(Psend) ENTER

FILED
CLERK, U.S. DISTRICT COURT

JAN 25 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAREN OBRAY,

　　　　　Plaintiff,

　　v.

FEDERAL EXPRESS
CORPORATION, A Delaware
Corporation; FEDERAL EXPRESS
CORPORATION, doing business as
FEDEX EXPRESS; JOHN P.
ROSELI; MICHAEL K. PIGORS;
BRUCE CHAMBERLAIN;
CONNIE CARTER; PEGGY
REARDON; AND DOES 1
THROUGH 50, INCLUSIVE,

　　　　　Defendants.

Case No.  CV 05-8786 R (TJx)

[PROPOSED] ORDER DISMISSING
PLAINTIFF'S SECOND CAUSE OF
ACTION

Complaint Filed: November 2, 2005
Date:                 January 8, 2007
Time:                10:00 a.m.

ENTERED
CLERK, U.S. DISTRICT COURT

JAN 26 2007

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

LODGED

55

3

1   CHRISTOPHER J. YOST, Bar No. 150785
    FEDERAL EXPRESS CORPORATION
2   2601 Main Street
    Suite 1100
3   Irvine, California 92614
    Telephone:  (949) 862-4558
4   Facsimile:  (949) 862-4791

5

6   KEITH A. JACOBY, Bar No. 150233
    LITTLER MENDELSON
7   A Professional Corporation
    2049 Century Park East, 5th Floor
    Los Angeles, CA 90067.3107
8   Telephone:  (310) 553-0308
    Facsimile:  (310) 553-5583

9

    Attorneys for Defendants
10  FEDERAL EXPRESS CORPORATION;
    FEDERAL EXPRESS CORPORATION,
11  D/B/A FEDEX EXPRESS; JOHN P.
    ROSELI; MICHAEL K. PIGORS; BRUCE
12  CHAMBERLAIN; CONNIE CARTER; and
    PEGGY REARDON

13

14              UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16  KAREN OBRAY,                    Case No.  CV 05-8786 R (TJx)

17              Plaintiff,
                                    **ORDER DISMISSING PLAINTIFF'S**
18          v.                      **SECOND CAUSE OF ACTION**

19  FEDERAL EXPRESS               Complaint Filed: November 2, 2005
    CORPORATION, A Delaware       Date:            January 8, 2007
20  Corporation; FEDERAL EXPRESS  Time:            10:00 a.m.
    CORPORATION, doing business as
21  FEDEX EXPRESS; JOHN P.
    ROSELI; MICHAEL K. PIGORS;
22  BRUCE CHAMBERLAIN;
    CONNIE CARTER; PEGGY
23  REARDON; AND DOES 1
    THROUGH 50, INCLUSIVE,

24              Defendants.

25

26

27

28

                                    2

1   On December 5, 2006, the United States Court of Appeals for the Ninth

2   Circuit issued an Order denying Plaintiff/Petitioner's Writ of Mandamus. In that

3   Order, the Ninth Circuit noted that Plaintiff/Petitioner's "second cause of action

4   remains pending in the District Court."

5

6   On December 8, 2006, this Court set a status conference as to Plaintiff's

7   second cause of action for January 8, 2007 at 10:00 a.m.  On January 8, 2007 at

8   10:00 a.m. in Courtroom 8 of the above-captioned Court, Plaintiff failed to appear

9   to prosecute her remaining cause of action.  This Court notes that on July 17, 2006,

10  at 10:00 a.m., in Courtroom 8, Plaintiff also failed to make an appearance at the

11  hearing which she set for her own: (A) Request for Court to Indicate Whether it

12  Will Entertain and Grant a Rule 60(b) Motion; and (B) Rule 60(b) Motion and

13  Motion for Relief from Order (DKT##43-45).  Plaintiff failed to contact the Court

14  or opposing counsel prior to either the January 8, 2007 status conference or the

15  July 17, 2006 hearing to advise either that she would not make an appearance.

16  Further, Plaintiff failed to contact the Court or opposing counsel afterwards to

17  explain her absence.  Plaintiff's repeated failures to attend court dates even on

18  calendar dates set by her own motion is unreasonable, unnecessarily clogs this

19  Court's calendar, and wastes the Court's and the Defendant's resources.  Plaintiff

20  has the responsibility to move her case toward disposition on the merits but her

21  conduct has impeded progress in that direction.  Based on Plaintiff's repeated

22  failures to prosecute her claims by making Court appearances, less drastic

23  alternatives than dismissal are unwarranted.

24  In addition, Plaintiff's Second Cause of Action is barred as she failed to

25  timely exhaust her administrative remedies.  Both at the February 6, 2006 hearing

26  on Defendants' Motion to Dismiss (Dkt #5) and at the January 8, 2007 status

27  conference, Defendants argued that Plaintiff's Second Cause of Action was barred

28  as Plaintiff had failed to timely exhaust her administrative remedies prior to

3

5

1    bringing said cause of action.  Under California Labor Code Section 2699.3, before

2    an aggrieved person can pursue relief under Labor Code Section 226.7(b) -- the

3    basis of recovery under Plaintiff's Second Cause of Action -- she must first exhaust

4    her administrative remedies, which Plaintiff has failed to do here.  Absent such

5    exhaustion, there is no private right of action under Labor Code Section 226.7(b)

6    for an employee to recover damages or penalties.  Section 226.7 itself does not

7    provide for a private cause of action and, instead, it is the California Division of

8    Labor Standards Enforcement that is vested with the enforcement authority for

9    wage-and-hour provisions of the Labor Code (Labor Code § 95) and the right to

10   submit claims to the Labor Commissioner.  Labor Code §98(a).  Moreover, the

11   payment provided for under §226.7 is a "penalty" and not "wages" and, therefore,

12   it is covered by the one-year statute of limitations set forth in California Code of

13   Civil Procedure § 340.  Thus, any claim by Plaintiff under Labor Code Section

14   226.7(b) following exhaustion of administrative remedies would be time-barred.

15       . The Court, having heard and considered the arguments of counsel, noting

16   Plaintiff's repeated failures to appear and prosecute her case, and good cause

17   appearing therefore,

18       IT IS HEREBY ORDERED that the Second Cause of action in Plaintiff's

19   Complaint be, and hereby is, DISMISSED, without leave to amend, on the grounds

20   set forth above.

21

22       **IT IS SO ORDERED.**

23

24

25   DATED: ___Jan. 25, 2007___

26                                              MANUEL L. REAL
                                                UNITED STATES DISTRICT JUDGE
27

28

                                    4

Dated:  January 16, 2007

Respectfully submitted,

By:

Christopher J. Yost, Bar No. 150785
Managing Director of Litigation
2601 Main Street, Suite 340
Irvine, CA 92614
949-862-4558 (Telephone)
949-862-4605 (Fax)
Attorney for Defendants

5

## CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on January 16, 2007, I served a copy of:

### [PROPOSED] ORDER DISMISSING THE SECOND AND ONLY REMAINING CAUSES OF ACTION IN PLAINTIFF'S COMPLAINT

☒ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Federal Express Legal Department, 2601 Main Street, Suite 340, Irvine, California 92614 in accordance with Federal Express Legal Department's ordinary business practices.

I am readily familiar with Federal Express Legal Department's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Federal Express Legal Department's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Federal Express Legal Department with postage thereon fully prepaid for collection and mailing.

☐ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Federal Express Overnight, at 2601 Main Street, Suite 340, Irvine, California 92614 in accordance with Federal Express Legal Department's ordinary business practices.

I am readily familiar with Federal Express Legal Department's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Federal Express Legal Department's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express Overnight or delivered to an authorized courier or driver authorized by Federal Express to receive documents on the same date that it (they) is are placed at Federal Express Legal Department's for collection.

8

1   ☐  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)]**

2   by electronically mailing a true and correct copy through Federal

3   Express Legal Department's electronic mail system to the e-mail

4   address(s) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

5

6                    Nicholas W. Hornberger, Esq.
                    Hornberger & Brewer, LLP

7                    444 South Flower Street
                       Suite 3010

8                    Los Angeles, CA  90071
                     213-448-1655

9

10     I declare under penalty of perjury that the foregoing is true and correct.  I

11  declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

12    Executed at Irvine, California, this 16th day of January, 2007.

13

14

15

16         Renee K. Aven                /s/ R.A.

17          (typed)                    (signature)

18

19

20

21

22

23

24

25

26

27

28

SCANNED

1 | CHRISTOPHER J. YOST, Bar No. 150785
FEDERAL EXPRESS CORPORATION
2 | 2601 Main Street
Suite 1100
3 | Irvine, California 92614
Telephone:  (949) 862-4558
4 | Facsimile:   (949) 862-4791

5 | KEITH A. JACOBY, Bar No. 150233
6 | LITTLER MENDELSON
A Professional Corporation
7 | 2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
8 | Telephone:  (310) 553-0308
Facsimile:   (310) 553-5583

9

Attorneys for Defendants
10 | FEDERAL EXPRESS CORPORATION;
FEDERAL EXPRESS CORPORATION,
11 | D/B/A FEDEX EXPRESS; JOHN P.
ROSELI; MICHAEL K. PIGORS; BRUCE
12 | CHAMBERLAIN; CONNIE CARTER; and
PEGGY REARDON

13

FILED
CLERK U S DISTRICT COURT

FEB - 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

14 | UNITED STATES DISTRICT COURT

15 | CENTRAL DISTRICT OF CALIFORNIA

16 | KAREN OBRAY,

17 | Plaintiff,

18 | v.

19 | FEDERAL EXPRESS
CORPORATION, A Delaware
20 | Corporation; FEDERAL
EXPRESS CORPORATION,
21 | doing business as FEDEX
EXPRESS; JOHN P. ROSELI;
22 | MICHAEL K. PIGORS; BRUCE
CHAMBERLAIN; CONNIE
23 | CARTER; PEGGY REARDON;
AND DOES 1 THROUGH 50,
24 | INCLUSIVE,

25 | Defendants.

Case No. _____

[PROPOSED] ORDER GRANTING
DEFENDANTS'
FEDERAL EXPRESS
CORPORATION; FEDERAL
EXPRESS CORPORATION, D/B/A
FEDEX EXPRESS; JOHN P. ROSELI;
MICHAEL K. PIGORS; BRUCE
CHAMBERLAIN; CONNIE
CARTER; and PEGGY REARDON'S
MOTION TO DISMISS TO THE
FIRST, THIRD, AND FOURTH
CAUSES OF ACTION IN
PLAINTIFF'S COMPLAINT

Complaint Filed: November 2, 2005
Date:              February 6. 2006
Time:             8:30 a.m.
Place:

26

27

28

ORDER

1   **TO: PLAINTIFF KAREN OBRAY AND HER ATTORNEY OF RECORD**

2   The Motion to Dismiss of Defendants FEDERAL EXPRESS

3

4   CORPORATION; FEDERAL EXPRESS CORPORATION, D/B/A FEDEX

5   EXPRESS; JOHN P. ROSELI; MICHAEL K. PIGORS; BRUCE

6   CHAMBERLAIN; CONNIE CARTER; and PEGGY REARDON ("Defendants"),

7

8   jointly and severally, to the first, third, and fourth cause of action in Plaintiff

9   KAREN OBRAY's Complaint for damages came on regularly for hearing before

10  this Court on February 6, 2006, the Honorable Manuel L. Real, Judge Presiding.

11

12  After hearing, the matter was submitted to the Court for a ruling.  The Court,

13  having read and considered the supporting, opposition and replying points and

14  authorities and having heard and considered the arguments of counsel, and good

15

16  cause appearing therefore, ·

17         **IT IS HEREBY ORDERED** that the Motion of Defendants JOHN P.

18  ROSELI;  MICHAEL  K.  PIGORS;  BRUCE  CHAMBERLAIN;  CONNIE

19  CARTER; and PEGGY REARDON to dismiss the first and fourth causes of action

20

21  in Plaintiff's Complaint be, and hereby is, GRANTED, with ten (10) days leave to

22  amend, on the grounds that JOHN P. ROSELI; MICHAEL K. PIGORS; BRUCE

23  CHAMBERLAIN; CONNIE CARTER; and PEGGY REARDON cannot, as a

24

25  matter of law, be sued individually for wrongful discharge and retaliatory

26  discharge.

27

28

3
ORDER

**IT IS HEREBY ORDERED** that the Motion of Defendants FEDERAL EXPRESS CORPORATION and FEDERAL EXPRESS CORPORATION, D/B/A FEDEX EXPRESS, to dismiss to the third cause of action in Plaintiff's Complaint be, and hereby is, GRANTED, with ten (10) days leave to amend, on the grounds that FEDERAL EXPRESS CORPORATION and FEDERAL EXPRESS CORPORATION, D/B/A FEDEX EXPRESS on the grounds the alleged facts, as set forth in the Complaint, fail to state a claim for libel.

**IT IS SO ORDERED.**

DATED: **Feb. 7, 2006**

_____

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF ORANGE    )

I, THE UNDERSIGNED, AM A RESIDENT OF THE COUNTY OF ORANGE, STATE OF CALIFORNIA, OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO THE WITHIN ACTION. MY BUSINESS ADDRESS IS FEDERAL EXPRESS CORPORATION, 2601 MAIN STREET, SUITE 1100, IRVINE, CALIFORNIA 92614.

On February 6, 2006, I served the within document entitled: Proposed Order Granting Defendants' Federal Express Corporation; Federal Express Corporation, D/B/A Fedex Express; John P. Roseli; Michael K. Pigors; Bruce Chamberlain; Connie Carter; And Peggy Reardon's Motion To Dismiss To The First, Third, And Fourth Causes Of Action In Plaintiff's Complaint, on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

> **Nicholas W. Hornberger, Esq.**
> **Hornberger & Brewer, LLP**
> **444 South Flower Street**
> **Suite 3010**
> **Los Angeles, CA 90071**
> **213-448-1655**

[ ]  **BY FAXING** a true copy thereof as follows:

and by placing the [ ] original [x] a true copy thereof enclosed in a sealed envelope addressed and sent as follows:

[ ]  **BY EXPRESS MAIL**: I caused said document(s) to be sent by overnight express mail to the address(es) indicated above.

[X]  **BY MAIL** As follows: I am familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at Memphis, Tennessee, in the ordinary course of business.

[ ]  **BY PERSONAL SERVICE** I caused said envelope to be personally hand delivered to opposing counsel in this action. Messenger will execute proof of service upon completion.

[X]  **STATE** I declare under penalty of perjury under the laws of the States of California that the above is true and correct.

By: _____
                    Christopher J. Yost, Bar No. 150785

13

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I, THE UNDERSIGNED, AM A RESIDENT OF THE COUNTY OF ORANGE, STATE OF CALIFORNIA, OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO THE WITHIN ACTION. MY BUSINESS ADDRESS IS FEDERAL EXPRESS CORPORATION, 2601 MAIN STREET, SUITE 1100, IRVINE, CALIFORNIA 92614.

On February 6, 2006, I served the within document entitled: Proposed Order Granting Defendants' Federal Express Corporation; Federal Express Corporation, D/B/A Fedex Express; John P. Roseli; Michael K. Pigors; Bruce Chamberlain; Connie Carter; And Peggy Reardon's Motion To Dismiss To The First, Third, And Fourth Causes Of Action In Plaintiff's Complaint, on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Nicholas W. Hornberger, Esq.
Hornberger & Brewer, LLP
444 South Flower Street
Suite 3010
Los Angeles, CA 90071
213-448-1655

[ ]   **BY FAXING** a true copy thereof as follows:

and by placing the [ ] original [x] a true copy thereof enclosed in a sealed envelope addressed and sent as follows:

[ ]   **BY EXPRESS MAIL**: I caused said document(s) to be sent by overnight express mail to the address(es) indicated above.

[X]   **BY MAIL** As follows: I am familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at Memphis, Tennessee, in the ordinary course of business.

[ ]   **BY PERSONAL SERVICE** I caused said envelope to be personally hand delivered to opposing counsel in this action. Messenger will execute proof of service upon completion.

[X]   **STATE** I declare under penalty of perjury under the laws of the States of California that the above is true and correct.

By: _____
Christopher J. Yost, Bar No. 150785

5
ORDER

**EXHIBIT 3**

1    CHRISTOPHER J. YOST, Bar No. 150785
     FEDERAL EXPRESS CORPORATION
2    2601 Main Street, Suite 1100
     Irvine, California 92614
3    Telephone:   (949) 862-4558
     Facsimile:   (949) 862-4791
4    E-mail: cjyost@fedex.com

5    KEITH A. JACOBY, Bar No. 150233
     HILLARY R. ROSS, Bar No. 222817
6    LITTLER MENDELSON
     A Professional Corporation
7    2049 Century Park East, 5th Floor
     Los Angeles, CA 90067.3107
8    Telephone: 310.553.0308
     Facsimile:  310.553.5583
9    E-mail: kjacoby@littler.com
     E-mail: hross@littler.com

10

11    Attorneys for Defendants
     FEDERAL EXPRESS CORPORATION, A
     DELAWARE CORPORATION, ET AL.

12

13           UNITED STATES DISTRICT COURT

14          CENTRAL DISTRICT OF CALIFORNIA

15    KAREN OBRAY,            Case No.  CV 05-8786 R (TJx)

16           Plaintiff,

17    v.                      **[PROPOSED] ORDER DENYING**
                          **PLAINTIFF'S MOTION TO**
18                         **REMAND PLAINTIFF'S ACTION**
     FEDERAL EXPRESS         **TO STATE COURT AND FOR**
19    CORPORATION, A DELAWARE   **SANCTIONS**
     CORPORATION; FEDERAL
20    EXPRESS CORPORATION, DOING
     BUSINESS AS FEDEX EXPRESS;   Date:          February 6, 2006
21    JOHN P. ROSELI; MICHAEL K.     Time:         10:00 a.m.
     PIGORS; BRUCE CHAMBERLAIN;   Courtroom:     8
22    CONNIE CARTER; PEGGY
     REARDON; AND DOES 1
23    THROUGH 50, INCLUSIVE,

24          Defendants.         Complaint Filed: November 2, 2005

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

DOCKETED ON CM
FEB 1 0 2006
BY        006

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles CA 90067.3107
310.553.0308

1    On February 6, 2006, at 10:00 a.m., in Courtroom 8 of the above-captioned

2  Court, Plaintiff's Motion to Remand this matter to state court came on for hearing.

3  Having considered the papers filed in support of and in opposition to the motion, as

4  well as the pleadings and papers on file, and arguments of the parties, the Court finds

5  that Defendant's Motion shall be DENIED.

6    Plaintiff has failed to state viable claims against the nondiverse individual

7  defendants, and thus jurisdiction in this Court is proper.   Accordingly, Plaintiff's

8  Motion to Remand is DENIED.   Plaintiff's Motion for sanctions is DENIED.

9

10    **IT IS SO ORDERED.**

11

12

13  DATED: **feb. 7, 2006**

14                              MANUEL L. REAL

15                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
5th Floor
Los Angeles CA 90067 3107
310 553 0308

2.

(12)   16

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** }
                    } ss.
**COUNTY OF ORANGE** }

I, THE UNDERSIGNED, AM A RESIDENT OF THE COUNTY OF ORANGE, STATE OF CALIFORNIA, OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO THE WITHIN ACTION. MY BUSINESS ADDRESS IS FEDERAL EXPRESS CORPORATION, 2601 MAIN STREET, SUITE 1100, IRVINE, CALIFORNIA 92614.

On January 6, 2005, I served the within document entitled: Proposed Denying Plaintiff's Motion To Remand Plaintiff's Action To State Court And For Sanctions, on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

Nicholas W. Hornberger, Esq.
Hornberger & Brewer, LLP
444 South Flower Street
Suite 3010
Los Angeles, CA 90071
213-448-1655

[ ]   **BY FAXING** a true copy thereof as follows:

and by placing the [ ] original [x] a true copy thereof enclosed in a sealed envelope addressed and sent as follows:

[X]   **BY EXPRESS MAIL**: I caused said document(s) to be sent by overnight express mail to the address(es) indicated above.

[ ]   **BY MAIL** As follows: I am familiar with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. postal service on the same day with postage thereon fully prepaid at Memphis, Tennessee, in the ordinary course of business.

[ ]   **BY PERSONAL SERVICE** I caused said envelope to be personally hand delivered to opposing counsel in this action. Messenger will execute proof of service upon completion.

[X]   **STATE**   I declare under penalty of perjury under the laws of the States of California that the above is true and correct.

By: _____
               Christopher J. Yost, Bar No. 150785

⑬ 17

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067-3107
310 553.0308

SCANNED

(SPACE BELOW FOR FILING STAMP ONLY)

1  NICHOLAS W. HORNBERGER (SB# 53776)
   JAMES F. LINDSAY (SB#143976)
2  HORNBERGER & BREWER, LLP
   444 South Flower Street
3  Suite 3010
   Los Angeles, California 90071-2901
4  Telephone: (213) 488-1655
   Facsimile: (213) 488-1255
5
6  Attorneys for Plaintiff
   KAREN OBRAY

*Denied This motta will be heard on Feb 6.*

1·13·06

FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 KAREN OBRAY,                        Case No. CV 05-8786 R (PJW)

12              Plaintiff,             [Honorable Judge Manuel L. Real]

13      v.                             [PROPOSED] ORDER RE DENYING
                                       PLAINTIFF'S REQUEST TO
14 FEDERAL EXPRESS CORPORATION,        SHORTEN TIME ON MOTION TO
   a Delaware Corporation; FEDERAL     REMAND
15 EXPRESS CORPORATION, doing
   business as FEDEX EXPRESS; JOHN P.
16 ROSELI; MICHAEL K. PIGORS;          DATE:
   BRUCE CHAMBERLAIN; CONNIE           TIME:
17 CARTER; PEGGY REARDON; AND          COURTROOM: 8
   DOES 1 THROUGH 50, INCLUSIVE,
18                                      DOCKETED ON CM
               Defendants.
19                                      JAN 17 2006

20                                      BY _____ 009

21      On January ___, 2006, Plaintiff Karen Obray ("Obray") requested that this Court

22 Shorten Time for the hearing on her Motion to Remand so that the Motion could be heard

23 some time prior to the Motion to Dismiss filed by defendant Federal Express Corporation,

24 scheduled to be heard on February 6, 2006.

25      Having considered plaintiff's Request and good cause appearing therefor,

26      IT IS HEREBY ORDERED THAT:

27      1.    Plaintiff Obray's request for shortened time is granted;

28

F:\CLIENT\EMP01\05002\
Pkts\USDC\ORDER-Prop-
001-OST-hrg.wpd

                              - 1 -

[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO SHORTEN TIME ON MOTION TO
REMAND

LODGED
2006 JAN 10 PH 3:35

2.      Plaintiff Obray's Motion to Remand shall be heard on January ___, 2006 at

_____ a.m./p.m. in Courtroom 8 of the above-entitled court;

3.      Defendants' opposing papers shall be filed and served, via facsimile or

overnight mail, on January ___, 2006; and

4.      Plaintiff's Reply papers shall be filed and served, via facsimile or overnight

mail, on January ___, 2006.

DATED: _____

**DENIED**

_____
HONORABLE MANUEL L. REAL,
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO SHORTEN TIME ON MOTION TO
REMAND

19

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3       I am employed in the county of Los Angeles, State of California. I am over the age of
18 and not a party to the within action. My business address is 444 South Flower Street,
4  Suite 3010, Los Angeles, California 90071-2901.

5       On January 10, 2006, I served the foregoing document described as **[PROPOSED]
ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR REQUEST TO**
6  **SHORTEN TIME ON MOTION TO REMAND**, on the interested parties in this action
by placing true copy(ies) thereof enclosed in a sealed envelope, addressed as follows:

7

8  Christopher J. Yost, Esq.              Co-counsel for Defendants
   Federal Express Corporation           FEDERAL EXPRESS CORPORATION;
9  2601 Main Street, Suite 1100          FEDERAL EXPRESS CORPORATION,
   Irvine, California 92614               doing business as FEDEX EXPRESS;
10 TEL: (949) 862-4558                   JOHN ROSELI; BRUCE
   FAX: (949) 862-4791                   CHAMBERLAIN; CONNIE CARTER

11

12 Keith A. Jacoby, Esq.
   Hillary R. Ross, Esq.
13 Littler Mendelson
   2049 Century Park East, 5th Floor
14 Los Angeles, California 90067
   TEL: (310) 553-0308
15 FAX: (310) 553-5583

16      [X] BY MAIL, I deposited such envelope(s) in the mail at Los Angeles, California, with
   postage prepaid.   I am readily familiar with the firm's practice of collection and processing
17 correspondence for mailing. Under that practice it would be deposited with the U.S. postal
   service on that same day with postage thereon fully prepaid at Los Angeles, California in the
18 ordinary course of business. I am ware that on motion of party served, service is presumed
   invalid if postal cancellation date or postage meter date is more than one day after the date
19 of deposit for mailing in affidavit.

20      [ ] By facsimile, I transmitted such documents from Los Angeles, California to the
   offices of the addressee(s).

21      [ ] By overnight delivery, I caused such envelope to be delivered via overnight delivery
22 to the party(ies) listed on the attached mailing list.

23      [ ] By personal service, I delivered such envelope(s) by hand to the office(s) of the
   addressee(s).

24      [X] (Federal) I declare that I am employed in the office of a member of the Bar of this
   Court, at whose direction the service was made.
25

26      Executed on January 10, 2006, at Los Angeles, California.

27                              KAREN FORRAND

28

                              - 3 -

[PROPOSED] ORDER RE PLAINTIFF'S REQUEST TO SHORTEN TIME ON MOTION TO
REMAND

20

SCANNED

**Full docket text for document 41:**

MINUTES (IN CHAMBERS ORDER) held before Judge Manuel L. Real: Case should have been closed on entry dated 3/1/06. (Made JS-6. Case Terminated.)Court Reporter: N/A. (mg, )

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/24/2006 17:19:11 | | | |
| **PACER Login:** | hb0340 | **Client Code:** | Obray |
| **Description:** | History/Documents | **Search Criteria:** | 2:05-cv-08786-R-PJW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

SCANNED

**FILED**

UNITED STATES COURT OF APPEALS

DEC 5 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: KAREN OBRAY. | No. 06-72034 |
| | D.C. No. CV-05-08786-R |
| KAREN OBRAY, | Central District of California, |
| Petitioner, | Los Angeles |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| FEDERAL EXPRESS CORPORATION, a Delaware Corporation; et al., | |
| Real Parties in Interest. | |

Before: LEAVY, GOULD and TALLMAN, Circuit Judges.

A review of the district court docket indicates the district court's March 2, 2006 order dismissing petitioner's first, third, and fourth causes of action did not address petitioner's second cause of action. Therefore, petitioner's second cause of action remains pending in the district court.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

22

06-72034

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Petitioner may file a

notice of appeal following the district court's entry of judgment on petitioner's

second cause of action.  Accordingly, the petition is denied..


TALLMAN, Circuit Judge, concurring.

I agree that at this stage applying *Bauman v. United States Dist. Court*, 557 F.2d

650 (9th Cir. 1977), mandamus relief is not warranted but I am concerned that

there still remains unresolved the second cause of action and trust that the district

court will promptly address it.


MOATT                                        2

23

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 3010, Los Angeles, California 90071-2901.

On February 22, 2007, I served the foregoing document described as **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**, on the interested parties in this action by placing true copy(ies) thereof enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Christopher J. Yost, Esq.<br>Federal Express Corporation<br>2601 Main Street, Suite 1100<br>Irvine, California 92614<br>TEL: (949) 862-4558<br>FAX: (949) 862-4791 | Co-counsel for Defendants<br>FEDERAL EXPRESS CORPORATION;<br>FEDERAL EXPRESS CORPORATION,<br>doing business as FEDEX EXPRESS;<br>JOHN ROSELI; BRUCE<br>CHAMBERLAIN; CONNIE CARTER |

Keith A. Jacoby, Esq.
Hillary R. Ross, Esq.
Littler Mendelson
2049 Century Park East, 5th Floor
Los Angeles, California 90067
TEL: (310) 553-0308
FAX: (310) 553-5583

[X] BY MAIL, I deposited such envelope(s) in the mail at Los Angeles, California, with postage prepaid.    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am ware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ] By facsimile, I transmitted such documents from Los Angeles, California to the offices of the addressee(s).

[ ] By overnight delivery, I caused such envelope to be delivered via overnight delivery to the party(ies) listed on the attached mailing list.

[ ] By personal service, I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[X] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on February 22, 2007, at Los Angeles, California.

*Paula L. Adams*
Paula L. Adams

F:\CLIENT\EMP01\05002\
Plds\USDC\Not-Appeal-00
2 wpd

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT**