**FILED**

JAN 11 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KAREN OBRAY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants - Appellees. | No. 07-55262<br><br>D.C. No. CV-05-08786-R<br>Central District of California,<br>Los Angeles<br><br>ORDER |



Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Margaret A. Corrigan
Circuit Mediator

```
INTERNAL USE ONLY: Proceedings include all events.
07-55262 Obray v. Federal Express Corp, et al
```

| | |
|---|---|
| KAREN OBRAY<br>      Plaintiff - Appellant | Nicholas W. Hornberger, Esq.<br>FAX 213/488-1255<br>213/488-1655<br>Ste. 3010<br>[COR LD NTC ret]<br>444 S. Flower St.<br>Los Angeles, CA 90071 |
|  v. | |
| FEDERAL EXPRESS CORPORATION, a<br>Delaware Corporation<br>      Defendant - Appellee | Keith A. Jacoby, Esq.<br>FAX 310/553-5583<br>310/772-7284<br>5th Fl.<br>[COR LD NTC ret]<br>LITTLER & MENDELSON, PC<br>2049 Century Park E<br>Los Angeles, CA 90067-3107 |
| | Christopher J. Yost, Esq.<br>FAX 949/862-4791<br>949/862-4558<br>Ste. 1100<br>[COR LD NTC ret]<br>FEDERAL EXPRESS CORPORATION<br>2601 Main Street<br>Irvine, CA 92614 |
| FEDERAL EXPRESS CORPORATION,<br>doing business as Fedex<br>Express<br>      Defendant - Appellee | Keith A. Jacoby, Esq.<br>(See above)<br>[COR LD NTC ret] |
| | Christopher J. Yost, Esq.<br>(See above)<br>[COR LD NTC ret] |
| JOHN P. ROSELI<br>      Defendant - Appellee | Keith A. Jacoby, Esq.<br>(See above)<br>[COR LD NTC ret] |
| | Christopher J. Yost, Esq.<br>(See above)<br>[COR LD NTC ret] |
| MICHAEL K. PIGORS<br>      Defendant - Appellee | Keith A. Jacoby, Esq.<br>(See above)<br>[COR LD NTC ret] |
| | Christopher J. Yost, Esq.<br>(See above)<br>[COR LD NTC ret] |
| BRUCE CHAMBERLAIN | Keith A. Jacoby, Esq. |